UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

June 08, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

DANIEL L. MILLION,

       Defendant.

Case No.  2:26-po-00117-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL L. MILLION ,

Case No.  2:26-po-00117-JDP , Charge 36 CFR 261.13, from custody for the following

reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

           Unsecured Appearance Bond $

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

    X    (Other):  Sentenced to Time Served.

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 08, 2026, at 3:00 PM.

By:    _Allison Claire_

        Magistrate Judge Allison Claire